# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1507

_____

Gerald Thornton,

        Appellant,

    v.

Bob Holden,

        Appellee.

\*
\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the Western
\* District of Missouri.
\*
\* [UNPUBLISHED]

_____

Submitted: April 4, 2003

Filed: April 11, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Gerald Thornton appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in denying Mr. Thornton's motion. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir.) (standard of review; Rule 60(b) is not vehicle for re-argument of merits, and movant must show exceptional circumstances

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

to justify relief), <u>cert. denied</u>, 534 U.S. 975 (2001).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

       A true copy.

        Attest:

             CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.